```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

GEORGE CHIN,

        Plaintiff,                20 Civ. 4707 (LLS)

  - against -                       ORDER

INSIDER, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

    So ordered.

Dated:  New York, New York
          January 15, 2021

                                                *Louis L. Stanton*
                                                LOUIS L. STANTON
                                                    U.S.D.J.